THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES S. HAVILAND, Appellant.— Judgment of conviction and order of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KING, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER SHATERNICK, Appellant.— Judgment of conviction and order of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN VENDITTO, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOHN SEYMOUR, Respondent, v. BERMUDA & WEST INDIES STEAMSHIP CO., LTD., and Others, Appellants.— Order denying defendants' motion for a change of venue reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, under the authority of *Lageza* v. *Chelsea Fibre Mills* (135 App. Div. 731); *Rubel* v. *Central Railroad Co. of N. J.* (171 id. 456). Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

S. J. E. BUILDING CORPORATION, Appellant, v. MATT O. M. CONSTRUCTION Co., INC., Respondent, and Others.— Order modified by imposing as terms upon the respondent the payment of twenty-five dollars as a condition for the opening of its default, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

DAVID SLATER, Appellant, v. ALVIN C. BREGER and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

STANDARD OIL COMPANY OF NEW YORK, INC., Respondent, v. ROTH C. DURIE and CHARLES A. FISHER, Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ALICE E. STERN and JACK STERN, Respondents, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order denying defendant's motion for a change of place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.